## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DAVID LEE BROWN,

               Petitioner,

-vs-                                       Case No.  6:05-cv-368-Orl-19KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

               Respondents.

_____

### ORDER OF DISMISSAL

On April 7, 2005, the Court ordered Petitioner to pay the $5.00 filing fee within twenty days from the date of the Order (Doc. No. 8).  Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice.  As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this ___4th_____ day of May, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc  5/4
David Lee Brown